# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD BLACK, | ) | Case No.: 1:18-cv-0624 - DAD - JLT |
| Plaintiffs, | ) ) | ORDER CLOSING THE CASE |
| v. | ) ) | |
| T-MOBILE USA, INC., | ) ) | |
| Defendants. | ) ) ) | |

The parties have stipulated to dismiss the action with each side to bear their own fees and costs. (Doc. 24) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __July 1, 2019__         __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE